relief is modified insofar as the order provided that defendant may continue to manufacture and sell its emblems with a disclaimer. We are of the opinion that the preliminary injunction order providing complete injunctive relief which we affirmed in *Consumer* is appropriate in this case.

Affirmed as modified.

LEIGHTON and HAYES, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RENARD JACKSON, Defendant-Appellant.

(No. 59633; ▮▮▮▮▮▮▮)

First District (2nd Division)—February 25, 1975.

*Supplemental opinion filed upon denial of rehearing April 22, 1975.*

826

PER CURIAM.

Paul Bradley and Kenneth L. Jones, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Kevin Sweeney, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* JAMES S. O'SHEA, Defendant-Appellee.

(Nos. 59958-9 cons.;

First District (2nd Division)—February 25, 1975.